[No. 2399-1. Division One. August 12, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. JOANN ARLENE DUBIGK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 63926, Cornelius C. Chavelle, J., entered July 3, 1973. *Affirmed* by unpublished opinion per Horowitz, J., concurred in by Farris and Williams, JJ.

[No. 806-3. Division Three. August 13, 1974.]

KENNETH GROVER et al., *Appellants*, v. CLEVE HENRIQUES et al., *Respondents*.

Appeal from a judgment of the Superior Court for Franklin County, No. 17691, James J. Lawless, J., entered January 26, 1973. *Affirmed* by unpublished per curiam opinion.

[No. 1764-1. Division One. August 19, 1974.]

JOHN H. RAYBACK, *Appellant*, v. STUART H. PECKHAM et al., *Defendants*, RICHARD E. FALTERSACK et al., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 104303, Daniel T. Kershner, J., entered June 2, 1972. *Affirmed as modified* by unpublished opinion per Callow, J., concurred in by Swanson, C.J., and Horowitz, J.

[No. 2216-1. Division One. August 19, 1974.]

MARY LEE HANCOCK, *Appellant*, v. THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 761859, William C. Goodloe, J., entered March 28, 1973. *Affirmed* by unpublished opinion per Horowitz, J., concurred in by Swanson, C.J., and Farris. J.